UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DARRYL HOOD**

**VERSUS**

**ASHLEY HOME FURNITURE STORE**

**CIVIL ACTION**

**NO. 20-CV-830-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.22) dated March 23, 2021, to which no objection was filed,

**IT IS ORDERED** that this case shall be DISMISSED WITHOUT PREJUDICE. Leave to amend is not warranted because Plaintiff has admitted that he has no good faith basis to assert federal subject matter jurisdiction, and thus, further amendments would be futile.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 7, 2021.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA